*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

No. 18-BS-272

IN RE JEFFREY A. WERTKIN

    Respondent.

Bar Registration No. 485854

FILED 03/29/2018
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

Board Docket No. 18-BD-018

DDN: 23-18

BEFORE: Thompson and Easterly, Associate Judges; and Ferren, Senior Judge.

**O R D E R**
(FILED – March 29, 2018)

On consideration of the affidavit of Jeffery A. Wertkin, wherein he consents to disbarment from the bar of the District of Columbia pursuant to § 12 of Rule XI of the Rules of the District of Columbia Court of Appeals Governing the Bar of the District of Columbia, which affidavit has been filed with the Clerk of this court, and the report and recommendation of the Board on Professional Responsibility, it is this 29 day of March, 2018,

ORDERED that the said Jeffery A. Wertkin is hereby disbarred by consent, effective the date of this order. The effective date of respondent's disbarment shall run, for reinstatement purposes, from the date respondent files his affidavit pursuant to D.C. Bar Rule XI, § 14 (g).

The Clerk shall publish this order, but the affidavit shall not be publicly disclosed or otherwise made available except upon order of the court or upon consent of the respondent.

The Clerk shall cause a copy of this order to be transmitted to the Chairman of the Board on Professional Responsibility and the respondent, thereby giving him notice of the provision of Rule XI, §§ 14 and 16, which set forth certain rights and responsibilities of disbarred attorneys and the effect of failure to comply therewith.

**PER CURIAM**